No. 09–11379.  WILLIAMS *v.* LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 09–11380.  SCOTT *v.* ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 09–11381.  REYES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 09–11382.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 09–11383.  ORTIZ *v.* SULLIVAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 09–11384.  MILLER *v.* MEADOWS, WARDEN.  Super. Ct. Baldwin County, Ga.  Certiorari denied.

No. 09–11385.  MARTINEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 09–11386.  MANOHAR *v.* NEW YORK CITY HUMAN RESOURCES ADMINISTRATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 09–11387.  WOODARD *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–11388.  WRIGHT *v.* POLLARD, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 09–11390.  WHITE *v.* EVANS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 09–11391.  RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 09–11392.  NOWAK *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 09–11393.  O'NEAL-SLOANE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.